# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2020

## NO. 03-19-00429-CR

**Richard Dale Griffin, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.